Silberberg Co. v. McNeil, 18 N. M. 44.

[No. 1506, Jan. 9, 1913.]
CLARA MURRY, et als., Appellants, v. J. R. DAUGH-
TRY, Appellee.

### SYLLABUS (BY THE COURT)

A motion for dismissal not supported by brief or argument
will not be considered by this court.

### OPINION OF THE COURT.

HANNA, J.—There are two motions, for our consider-
ation, for the dismissal of the appeal, raising substantially
the same questions. The grounds assigned in support of
the motion for a dismissal as to the appellant, Clara
Murry, are all incorporated in the motion for dismissal
as to the appellant, Sarah Jane Murry, which, however, in-
corporates additional grounds. Neither of these motions
are supported by brief or argument.

We are disposed to believe that motions not deemed
worthy of argument are so lightly considered by the party
presenting same, that our time should not be consumed
by an investigation into their merits.

For the reasons stated the motions are overruled.